UNITED STATES of America, Plaintiff–Appellee,

v.

Curtis NORRIS, Defendant–Appellant.

No. 09–10397.
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Dec. 4, 2009.

Judy K. Hunt, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Thomas H. Ostrander, Bradenton, FL, for Defendant–Appellant.

Before EDMONDSON, BIRCH and KRAVITCH, Circuit Judges.

PER CURIAM:

Thomas H. Ostrander, appointed counsel for Curtis Norris, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and Norris's convictions and sentences are **AFFIRMED.** Norris's motion for an extension of time to file a *pro se* response, and for an order directing counsel to forward the case file and records, is **DENIED AS MOOT.**